# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

131258

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

KIRK LEAPHART,
        Plaintiff-Appellant,

v

                                                      SC: 131258
                                                      COA: 258697
                                                     Wayne CC: 03-324658-CZ

BOTSFORD COLLISION AND SERVICE, INC.,
        Defendant-Appellee,

and

HASSAN ALTAI,
        Defendant.

_____/

      On order of the Court, the application for leave to appeal the April 11, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

s0821

                                Clerk